People v Brozhyna (2024 NY Slip Op 02441)

People v Brozhyna

2024 NY Slip Op 02441

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

276 KA 23-01466

[*1]THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,
v
OKSANA BROZHYNA, DEFENDANT-RESPONDENT. 

JOHN J. FLYNN, DISTRICT ATTORNEY, BUFFALO (DANIEL J. PUNCH OF COUNSEL), FOR APPELLANT. 
JESSICA KULPIT, BUFFALO, FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Erie County Court (James F. Bargnesi, J.), dated August 9, 2023. The order granted the motion of defendant to dismiss an indictment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court